FILED: February 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1954
(5:15-cv-00627-BO)

_____

FREDERICK L. ALLEN; NAUTILUS PRODUCTIONS, LLC

        Plaintiffs - Appellees

v.

ROY A. COOPER, III, Governor of North Carolina; SUSAN WEAR KLUTTZ, Former Secretary of the North Carolina Department of Natural and Cultural Resources, in her official capacity; KARIN COCHRAN, Chief Deputy Secretary of the North Carolina Department of Natural and Cultural Resources, in her official capacity; KEVIN CHERRY, Deputy Secretary of the North Carolina Department of Natural and Cultural Resources, in his official capacity; CARY COX, Assistant Secretary, Marketing and Communications of the North Carolina Department of Natural and Cultural Resources, in her official capacity; STEPHEN R. CLAGGETT, a/k/a Steve Claggett, State Archaeologist, in his official capacity; JOHN W. MORRIS, a/k/a Billy Ray Morris, Deputy State Archaeologist - Underwater and Director of the Underwater Archaeology Branch of the North Carolina Department of Natural and Cultural Resources, in his official capacity; NORTH CAROLINA DEPARTMENT OF NATURAL AND CULTURAL RESOURCES; STATE OF NORTH CAROLINA; JOSH STEIN, Attorney General of North Carolina, in his official capacity; D. REID WILSON, in his official capacity; SARAH KOONTS, in her official capacity; JOSEPH K. SCHWARZER, II, in his official capacity; MIKE CARRAWAY, in his official capacity

        Defendants - Appellants

 and

FRIENDS OF QUEEN ANNE'S REVENGE, A NON-PROFIT CORPORATION

        Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

Opening brief and Joint appendix due: 03/26/2025

Response brief due: 04/25/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk