FILED: March 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1954
(5:15-cv-00627-BO)

_____

FREDERICK L. ALLEN; NAUTILUS PRODUCTIONS, LLC

    Plaintiffs - Appellees

v.

JOSHUA H. STEIN, Governor of North Carolina; SUSAN WEAR KLUTTZ, Former Secretary of the North Carolina Department of Natural and Cultural Resources, in her official capacity; MARGRETTE KATHRYN THOMPSON, Chief Deputy Secretary of the North Carolina Department of Natural and Cultural Resources, in her official capacity; DARIN J. WATERS, Deputy Secretary of the North Carolina Department of Natural and Cultural Resources, in his official capacity; CATHERINE ANN SWAIN, Director of Marketing of the North Carolina Department of Natural and Cultural Resources, in her official capacity; WILLIAM SCHORR JOHNSON, Director of Communications of the North Carolina Department of Natural and Cultural Resources, in his official capacity; JAMES CHRISTOPHER SOUTHERLY, State Archaeologist, in his official capacity; STEPHEN ATKINSON, Deputy State Archaeologist - Underwater and Director of the Underwater Archaeology Branch of the North Carolina Department of Natural and Cultural Resources, in his official capacity; NORTH CAROLINA DEPARTMENT OF NATURAL AND CULTURAL RESOURCES; STATE OF NORTH CAROLINA; JEFFREY NEALE JACKSON, Attorney General of North Carolina, in his official capacity; PAMELA BREWINGTON CASHWELL, Secretary of the North Carolina Department of Natural and Cultural Resources, in her official capacity; SARAH KOONTS, in her official capacity; MARIA E. VANN, Director of Regional History Museums of the North Carolina Department of Natural and Cultural Resources, in her official capacity; MIKE CARRAWAY, in his official capacity

    Defendants - Appellants

and

FRIENDS OF QUEEN ANNE'S REVENGE, A NON-PROFIT CORPORATION

Defendant

------

O R D E R

------

The court substitutes the parties below in their official capacities as parties to this proceeding.

Joshua H. Stein for Roy A. Cooper, III, Margrette Kathryn Thompson for Karin Cochran, Darin J. Waters for Kevin Cherry, William Schorr Johnson and Catherine Ann Swain for Cary Cox, James Christopher Southerly for Stephen R. Claggett, Stephen Atkinson for John W. Morris, Pamela Brewington Cashwell for D. Reid Wilson, and Maria E. Vann for Joseph K. Schwarzer, II.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk